AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

United States of America
v.
MARY C. TAURA

Defendant(s)

Case No. Mag. No. 24-00743 WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 09, 2024
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 2024 to July 9, 2024** in the county of **Honolulu** in the
**--** District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possessing a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA SA Michael J. Lesko
Printed name and title

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 07/09/2024

City and state: Honolulu, Hawaii

_____
Barry M. Kurren
United States Magistrate Judge

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. MJ 24-00743 WRP |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| vs. | |
| MARY C. TAURA, | |
| Defendant | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

### BACKGROUND

1. I am a "law enforcement officer of the United States" within the

meaning of Title 18, United States Code, Section 2510(7), empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 21 of the United States Code.

2. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have so been employed since July 2020. Prior to this, I completed sixteen (16) weeks of training at the DEA Academy in Quantico, Virginia. Before becoming a Special Agent with the DEA, I graduated from Boston University in 2019 with a Master of Science in Criminal Justice. I have also served in the United States Marine Corps from 2009 to 2021. I am currently assigned to the Honolulu District Office in Honolulu, Hawaii. Our principal responsibility is to investigate narcotics trafficking and distribution in Hawaii and elsewhere.

3. In connection with my official duties, I investigate criminal violations of federal drug laws and related offenses-including violations of Title 21, United States Code, 801 et seq., and the Federal Controlled Substance Act. I am familiar with and have used many of the traditional methods of investigation, including, visual surveillance, informant and witness interviews, defendant debriefings, undercover operations, and the seizure of drug evidence. During my employment with DEA, I have become knowledgeable with the enforcement of Federal laws pertaining to narcotics and dangerous drugs. In particular, I have become versed in

the methodology utilized in narcotics trafficking operations, the specific language used by narcotic traffickers, the unique trafficking patterns employed by narcotics organizations, and their patterns of drug abuse.  My training and experience as a Special Agent, my participation in a multitude of investigations, and my interactions with other agents, as well as with other state and local law enforcement officers familiar with drug investigations, form the basis of the opinions and conclusions set forth below, which I have drawn from the facts set forth herein.

      4.      This affidavit is submitted in support of a Criminal Complaint for MARY C. TAURA, charging her with possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).  This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of the investigation.

## PROBABLE CAUSE

5. In February 2024, DEA began investigating TAURA as a methamphetamine trafficker operating in Honolulu, Hawaii.

6. On February 6, 2024, TAURA signed a rental agreement for a storage unit located within Extra Space Storage at 633 Ahua Street, Honolulu, HI 96819 (hereinafter "SUBJECT UNIT").

7. On July 5, 2024, United States Magistrate Judge Barry M. Kurren issued a search warrant for the SUBJECT UNIT as well as TAURA's residence located in the complex at 3121 Ala Ilima Street, Honolulu, HI 96818 (hereinafter "SUBJECT RESIDENCE").

8. On July 9, 2024, pursuant to a lawful search of the SUBJECT UNIT, DEA recovered the following:

   a. Approximately 9 gross kilograms of a substance that field tested positive for methamphetamine; and

   b. A loaded firearm, namely a black pistol with a pink trigger and no serial number, containing a magazine with 5 rounds of ammunition.

9. On July 9, 2024, pursuant to a lawful search of the SUBJECT RESIDENCE, DEA recovered personal use amounts of a substance suspected of being methamphetamine and narcotics paraphernalia. TAURA was then arrested.

10. TAURA, after being advised of and waiving TAURA's *Miranda* rights, admitted to investigators the following:

   a. TAURA was in the business of drug trafficking, and specifically that she had sold drugs periodically throughout most of her life.

   b. From in or about March 2024 to July 9, 2024, TAURA possessed the methamphetamine found in the SUBJECT UNIT with the intent to distribute it. Specifically, TAURA had received the methamphetamine from her supplier around March 2024. TAURA initially intended to sell it, however, after realizing it was of poor quality and concerned about possible law enforcement surveillance, TAURA had hoped to return it to her supplier. TAURA was hiding it in the SUBJECT UNIT to evade law enforcement detection.

   c. From in or about March 2024 to July 9, 2024, TAURA possessed the firearm located in the SUBJECT UNIT. Specifically, TAURA had received the firearm from her supplier around March 2024 so that she could protect herself, the narcotics, and the drug proceeds. TAURA also claimed that she did not know how to use the firearm.

   d. TAURA claimed that the methamphetamine found in the SUBJECT RESIDENCE was for her personal use.

   e. The drug paraphernalia found in the SUBJECT RESIDENCE was for cleaning methamphetamine so that it could be distributed.

  11. Methamphetamine is a Schedule II controlled substance. I know from my training and experience that 9 kilograms of methamphetamine is consistent with a distribution amount and is not consistent with a personal use amount.

  12. I know from my training and experience that traffickers of illegal narcotics typically possess firearms in order to protect themselves, their drugs and their drug proceeds, thus facilitating their drug trafficking crimes, including possession with intent to distribute.

//

//

//

//

//

//

//

//

//

//

## CONCLUSION

13. Based on the facts described above, and on my training and experience, I submit that there is probable cause that TAURA committed the offenses of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 924(c)(1)(A)(i).

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, July, 9, 2024.

Michael J. Lesko
Special Agent, DEA

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at ___7:15 pm___ on July __9__, 2024.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b), on this __9th__ day of July, 2024.



Barry M. Kurren
United States Magistrate Judge

7